No. 1229.  SHIPYARD DRIVE-IN THEATRE, INC., ET AL. *v.* SCUNCIO ET AL.  Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the judgment should be reversed.  ▇

No. 1313.  BERRY *v.* AETNA CASUALTY & SURETY Co. ET AL.  Appeal from Ct. App. La., 2d Cir.  Motion of Arthur Cobb and Louisiana Trial Lawyers Assn. for leave to file a brief as *amici curiae* granted.  Appeal dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted and case set for oral argument.  ▇

No. 1330.  HUNTINGTON NATIONAL BANK OF COLUMBUS *v.* KOSYDAR, TAX COMMISSIONER OF OHIO.  Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  ▇

No. 1323.  ATCHISON, TOPEKA & SANTA FE RAILWAY Co. ET AL. *v.* APACHE COUNTY ET AL.  Appeal from Sup. Ct. Ariz. dismissed for want of substantial federal question.  MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted and case set for oral argument.  ▇